WENDY MEDURA KRINCEK, ESQ., Bar # 6417
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
UNILEVER MANUFACTURING (US), INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET WYATT, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNILEVER MANUFACTURING (US),<br>INC., a Foreign Corporation; DOES and<br>ROES 1 through 15, inclusive,<br><br>                    Defendant. | Case No. 2:15-cv-01403-APG-CWH<br><br>**[PROPOSED] STIPULATION AND<br>ORDER TO EXTEND TIME FOR<br>DEFENDANT TO FILE RESPONSIVE<br>PLEADING**<br><br>**(FIRST REQUEST)** |

Plaintiff MARGARET WYATT and Defendant UNILEVER MANUFACTURING (US), INC., by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of September 21, 2015 up to and including **September 28, 2015**.

Such extension is necessary in light of Defense counsel's current workload in other cases having recently returned to the office from paternity leave.  The additional time will allow Defense counsel to continue to analyze the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    This is the first request for an extension of time to respond to the Complaint.  This request is

2  made in good faith and not for the purpose of delay.

3  Dated:  September 17, 2015                    Dated:  September 17, 2015

4  Respectfully submitted,                       Respectfully submitted,

5

6  /s/ Patrick W. Kang                           /s/ Ethan D. Thomas
7  PATRICK W. KANG, ESQ.                          WENDY MEDURA KRINCEK, ESQ.
   ERICA D. LOYD, ESQ.                            ETHAN D. THOMAS, ESQ.
   KYLE R. TATUM, ESQ.                            LITTLER MENDELSON, P.C.
8  KANG & ASSOCIATES, PLLC.
                                                  Attorneys for Defendant
9  Attorneys for Plaintiff                        UNILEVER MANUFACTURING (US), INC.
   MARGARET WYATT
10

11

12                                                **ORDER**

13                                                  **IT IS SO ORDERED.**

14                                                Dated:  _____September 18_____, 2015.

15

16

17                                                _____

18                                                UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.