| | |
|---|---|
| 1 | WENDY MEDURA KRINCEK, ESQ., Bar # 6417 |
| 2 | ETHAN D. THOMAS, ESQ., Bar # 12874<br>LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, NV  89169-5937<br>Telephone:    702.862.8800 |
| 5 | Fax No.:        702.862.8811 |
| 6 | Attorneys for Defendant<br>UNILEVER MANUFACTURING (US), INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARGARET WYATT, an individual, | | Case No. 2:15-cv-01403-APG-CWH |
| Plaintiff, | | |
| vs. | | **STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION SESSION** |
| UNILEVER MANUFACTURING (US), INC., a Foreign Corporation; DOES and ROES 1 through 15, inclusive, | | |
| Defendant. | | |

Plaintiff MARGARET WYATT ("Plaintiff") and Defendant UNILEVER MANUFACTURING (US), INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to vacate the date for the Early Neutral Evaluation (ENE) Session presently scheduled for November 24, 2015, at 11:00 a.m., before Honorable Cam Ferenbach (Doc. #10).  The parties would like to reschedule the ENE Session to a date convenient for the Court and mutually agreeable between the parties.  As such, the parties are available and propose the following dates for the Court's consideration to reschedule the ENE session:

- December 28, 2015
- December 29, 2015
- December 30, 2015

The parties further request that the confidential written evaluation statement be due one week

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  prior to the new date of the ENE Session.

2      This extension is sought in good faith, and not for the purpose of undue delay.

3  Dated:  September 30, 2015      Dated:  September 30, 2015

4  Respectfully submitted,      Respectfully submitted,

6  /s/ Patrick W. Kang      /s/ Ethan D. Thomas
PATRICK W. KANG, ESQ.      WENDY MEDURA KRINCEK, ESQ.
7  ERICA D. LOYD, ESQ.      ETHAN D. THOMAS, ESQ.
KYLE R. TATUM, ESQ.      LITTLER MENDELSON, P.C.
8  KANG & ASSOCIATES, PLLC.

Attorneys for Defendant
9  Attorneys for Plaintiff      UNILEVER MANUFACTURING (US), INC.
MARGARET WYATT

**ORDER**

IT IS SO ORDERED that the ENE Session shall be continued to ~~_____~~ December 29, 2015, at the hour of 10:00 a.m.  In preparation for the ENE session, the attorneys for each party will submit a confidential written evaluation statement for the Court's in camera review ~~one week prior to the date of the continued ENE Session~~ by noon, December 22, 2015, pursuant to parameters stated within ENE Order (Doc. #10).

Dated this  30th  day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

All else as stated in the Order (dkt #10) scheduling the ENE remains unchanged.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.